```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-16737-jkf
Tamara C. Miller                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Nov 05, 2019
                              Form ID: pdf900         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
```
db             +Tamara C. Miller,    908 Green Street,    Norristown, PA 19401-3914
               +Bridgeport Family Practice,    attn: Payroll controller,    700 Dekalb Street,
                 Bridgeport, PA 19405-1173
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2019 03:26:35      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
```
              DAVID B. SPITOFSKY    on behalf of Debtor Tamara C. Miller spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TAMARA C. MILLER | : | |
| | : | |
| DEBTOR | : | NO. 19-16737 (JKF) |

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION**
**FOR REMITTANCE TO STANDING TRUSTEE**

To Debtor's Employer:  Bridgeport Family Practice

Re:  Tamara C. Miller
SSN: XXX-XX-7024

The future earnings of the above-named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS HEREBY ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of this Order the sum of:

**$762.92 per pay period.**

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the debtor's wages at least monthly to the standing trustee whose name and address appear below.

During the continuance of this proceeding the wages of the debtor shall be subject to the exclusive control of the Court, shall be exempt from garnishment or attachments issuing from any state court, nor shall the employer honor levies on the debtor's wages from the collection of any state or federal taxes.

_/s/ Jean K. FitzSimon_

**Date: November 5, 2019**              HONORABLE JEAN K. FITZSIMON
                                         U.S. BANKRUPTCY JUDGE

Make check payable to Scott F. Waterman, Trustee
Mail payment to: P.O. Box 680, Memphis, TN 38101-0680
Always put Bankruptcy Case Number 19-16737 on all payments.

| Debtor's Counsel | Debtor's Employer |
|---|---|
| David B. Spitofsky, Esq. | Bridgeport Family Practice |
| 516 Swede Street | 700 Dekalb Street |
| Norristown, PA 19401 | Bridgeport, PA 19405 |