# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Tamara C. Miller**    Case No.  **19-16737**
Debtor(s)    Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 1, 2020**, a copy of the Second Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bernadette A. Kearney, Esquire**
**Hamburg, Rubin, Mullin, Maxwell & Lupin**
**375 Morris Road**
**P.O. Box 1479**
**Lansdale, PA 19446**

**Bridgecrest Credit Company, LLC**
**P.O. Box 29018**
**Phoenix, AZ 85038**

**Habitat For Humanity of Mont. County**
**533 Foundry Road**
**West Norriton, PA 19403**

**James Randolph Wood, Esquire**
**Portnoff Law Associates, Ltd.**
**2700 Horison Drive**
**Suite 100**
**King of Prussia, PA 19406**

**Municipality of Norristown**
**c/o Portnoff Law Associates, Ltd.**
**P.O. Box 3020**
**Norristown, PA 19404-3020**

**/s/ David B. Spitofsky, Esquire**
**David B. Spitofsky, Esquire 55151**
**Law Office of David B. Spitofsky**
**516 Swede Street**
**Norristown, PA 19401**
**610-272-4555**
**spitofskylaw@verizon.net**