UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TAMARA C. MILLER | : | |
| | : | |
| DEBTOR | : | NO. 19-16737 (AMC) |

## CERTIFICATE OF SERVICE

I, David B. Spitofsky, Esquire, hereby certify that on April 13, 2022 I caused a true and correct copy of the attached Application to Discontinue Wage Deduction to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

Frederic J. Baker, Esquire
Office of U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Tamara C. Miller
908 Green Street
Norristown, PA 19401

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net