United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tamara C. Miller  
　　Debtor

Case No. 19-16737-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 2  
Date Rcvd: May 23, 2022　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol　　Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamara C. Miller, 908 Green Street, Norristown, PA 19401-3914 |
| 14663015 | + | Bridgecrest Credit Company, LLC, C/O KARINA VELTER, Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14438661 | | Bridgecrest credit co, LLC, PO Box 29018 Phoenix AZ 85038 |
| 14412326 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14412332 | + | Graham R. Bickel, Esquire, Hamburg, Rubin, Mullin, Maxwell & Lupin,, 375 Morris Road, P.O. Box 1479, Lansdale, PA 19446-0773 |
| 14412333 | + | Habitat For Humanity Mont. Cty, 533 Foundry Road, West Norriton, PA 19403-3901 |
| 14412335 | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, Suite 610, Norristown, PA 19401-4855 |
| 14441238 | + | Municipality of Norristown, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14412336 | + | Municipality of Norristown, c/o Portnoff Law Associates, Ltd., P.O. Box 391, Norristown, PA 19404-0391 |
| 14441237 | + | Municipality of Norristown, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14412338 | + | US Department of Education, 2401 International Lane, P.O. Box 7859, Madison, WI 53707-7859 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 23 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14412329 | | Email/Text: collectors@arresourcesinc.com | May 23 2022 23:47:00 | AR Resources, Inc., P.O. Box 1056, Blue Bell, PA 19422 |
| 14427058 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2022 23:57:48 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14412330 | + | Email/Text: rm-bknotices@bridgecrest.com | May 23 2022 23:47:00 | Bridgecrest, P.O. Box 29018, Phoenix, AZ 85038-9018 |
| 14412331 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 23 2022 23:47:00 | Credit Collection Services, Two Wells Avenue, Newton, MA 02459-3225 |
| 14437818 | + | Email/PDF: ebn_ais@aisinfo.com | May 23 2022 23:57:50 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14412328 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 23 2022 23:47:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14412334 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 23 2022 23:47:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14412337 | + | Email/PDF: pa_dc_claims@navient.com | May 23 2022 23:57:52 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14418911 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 19-16737-amc    Doc 53    Filed 05/25/22    Entered 05/26/22 00:28:57    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2022 | Form ID: 138OBJ | Total Noticed: 22 |

| | May 23 2022 23:57:48 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14412327 | *+ | Tamara C. Miller, 908 Green Street, Norristown, PA 19401-3914 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Tamara C. Miller spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KARINA VELTER | on behalf of Creditor Bridgecrest Credit Company LLC kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Tamara C. Miller
      Debtor(s)

Case No: 19−16737−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/23/22